**KIMBALL,** Appellant, **v.** KIMBALL, Respondent. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Action by Sadie Kimball, as administratrix, etc., against George P. Kimball. No opinion. Order affirmed, with $10 costs and disbursements.

**KING v. DEMAREST.** (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by Martin King against Elizabeth A. Demarest. No opinion. Motion denied on payment of $10 costs; and, on payment of an additional $10, leave given to apply to the court below to open default.

**KING,** Respondent, **v.** KING, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Delia King against Arthur J. King. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant stipulates to place the case on the calendar of the present term, in which event the motion is denied, without costs, and the case set down for argument on Friday, December 12, 1902.

**KING,** Respondent, **v.** KING, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1902.) Action by Delia King against Arthur J. King. No opinion. Order affirmed, with $10 costs and disbursements.

**KLINDER,** Appellant, **v.** NEW YORK BREWERIES CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Kate Klinder, as administratrix, against the New York Breweries Company. J. M. Birnbaum, for appellant. F. V. Johnson, for respondent. No opinion. Judgment affirmed, with costs.

**KLINGLER,** Plaintiff, **v.** EASTERN LUMBER CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Rudolph Klingler, an infant, etc., against the Eastern Lumber Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant, with costs.

**KNOWLES,** Respondent, **v.** PENNSYLVANIA STEEL CO., Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by William P. Knowles against the Pennsylvania Steel Company. W. C. Trull, for appellant. L. L. Kellogg, for respondent. No opinion. Judgment reversed, with costs, and demurrer sustained, with costs, and final judgment directed dismissing complaint, with costs, on the authority of Meyers v. Same Defendants (decided Dec. 12, 1902) 79 N. Y. Supp. 199.

**KOEHLER** et al. **v.** BRADY. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by H. Koehler & Co. against James W. Brady. No opinion. Motion dismissed.

**KOFFLER v. HENSHAW** et al. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by Solomon Koffler against William H. Henshaw and others. No opinion. Motion denied on payment of $10 costs; and, on payment of an additional $10, leave given to apply to the court below as stated in memorandum.

**KUNE v. FITZGERALD BREWING CO.** (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by Henry Kune against the Fitzgerald Brewing Company. No opinion. Motion denied, with $10 costs.

**KUNE,** Respondent, **v.** FITZGERALD BROS. BREWING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Henry Kune against the Fitzgerald Bros. Brewing Company. L. W. Redington, for appellant. H. Aaron, for respondent. No opinion. Judgment and order affirmed, with costs.

**LAKE,** Respondent, **v.** ANDERSON, Appellant. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Isabella L. Lake, as administratrix, etc., of Hiram Lake, deceased, against George W. Anderson. No opinion. Motion denied.

**LAMB v. TRUE** et al. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by John Lamb against Marie True and others. No opinion. Motion granted, with $10 costs.

**LANSING,** Appellant, **v.** EVANS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by William F. Lansing against Richard Evans, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

**LANSING v. SCHENECTADY RY. CO.** (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Caroline Paige Lansing against the Schenectady Railway Company.

PER CURIAM. Order (77 N. Y. Supp. 889) reversed, with $10 costs and disbursements, and motion to vacate injunction denied, with $10 costs. Injunction modified by striking out that part thereof which reads as follows: "And that they be further enjoined and restrained, until the further order of the court, from interfering with the restoration of the street by the plaintiff herein, and from, in any way using the pole which it has put upon the premises,"—upon opinion in Paige v. Railway Co. (decided herewith) 79 N. Y. Supp. 266.

KELLOGG, J., dissenting.

**In re LARNER.** (Supreme Court, Appellate Division, First Department. December 12, 1902.) In the matter of Alma L. Larner. No opinion. Motion denied, with $10 costs.